STATE v. PATTERSON

No. 325PA91

Case below: 103 N.C.App. 195

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 November 1991; the Court will also consider whether admission of the sketches was error.

STATE v. TURNAGE

No. 441A90

Case below: 100 N.C.App. 234
           328 N.C. 524

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 6 November 1991.

STATE v. WALKER

No. 402P91

Case below: 103 N.C.App. 666

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 November 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.

STATE v. WHISNANT

No. 444P91

Case below: 103 N.C.App. 806

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 November 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.